**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

REHA MEHMET SOYLULAR,

Petitioner,

v. No. 2:26-cv-03327-MLG-GJF

MARKWAYNE MULLIN, Secretary of
the U.S. Department of Homeland Security, et al.,

Respondents.

**ORDER TRANSFERRING CASE TO JUDGE MARGARET STRICKLAND**

Pro se Petitioner Reha Mehmet Soylular is detained at the Otero County Processing Center in Chaparral, New Mexico. Doc. 1 at 1 ¶ 2. On October 10, 2026, Soylular filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), Doc. 1, requesting an Order from the Court that would direct federal immigration authorities to immediately release him from immigration custody. *Id.* at 7 ¶ 15. This is now the second habeas petition Soylular has filed in the District; he filed the first on August 12, 2026, requesting the same relief. *Compare* Doc. 1 at 6, *with* Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Doc. 1 at 2, *Soylular v. Warden*, No. 2:26-cv-02646-MIS-GJF (D.N.M.).

Given the similarity of Soylular's petitions across these two cases, the "compelling considerations of judicial efficiency and avoidance of inconsistent judicial results strongly favor" having a single judge address both petitions.[1] *See Ariz. & N.M. Coal. of Ctys. for Econ. Growth v.*

[1] Judge Strickland denied Soylular's first petition without prejudice, noting that "[i]n the event that Removal does not occur by September 28, 2026, and the failure to remove is not attributable to Petitioner's conduct, Petitioner may file another petition asserting that . . . removal . . . is no longer reasonably foreseeable." Order Denying Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Doc. 10 at 4, *Soylular v. Warden*, No. 2:26-cv-02646-MIS-GJF (D.N.M.). This provides further support that this case is appropriately transferred to Judge Strickland.

*U.S. Fish & Wildlife Serv.*, No. 15-cv-00125-WJ-WPL, 2015 WL 9917341, at *7 (D.N.M. Apr. 23, 2015). Accordingly, the Court hereby transfers this case, No. 2:26-cv-03327-MLG-GJF, to Judge Margaret Strickland. *See* Fed. R. Civ. P. 42(a)(3) (permitting a court to "issue any . . . order[] to avoid unnecessary cost or delay" when cases "involve a common question of law or fact"); *Payne v. Tri-State Careflight, LLC*, 327 F.R.D. 433, 451 n.9 (D.N.M. 2018) (explaining that Rule 42(a)(3) permits a judge to transfer a case to another judge within the District of New Mexico).

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA